| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 1:16-CR-74-5-MAC |
| WILBERT BROWN, | § § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. At the close of the competency hearing, counsel for the Government and the Defendant each orally waived their right to object to the proposed findings and recommendations contained in the report and agreed the Defendant is competent.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, Wilbert Brown, is competent. The speedy trial time shall be excluded from November 13, 2020 until the date of this order.

SIGNED at Beaumont, Texas, this 27th day of July, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE